# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| **KIMBERLY ROLLINGS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | CAUSE NO.: 3:22-cv-0125 |
| **v.** ) | |
| ) | |
| **UNIVERSITY OF NOTRE DAME** ) | |
| **DU LAC,** ) | |
| ) | |
| **Defendant.** ) | |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties, by their undersigned counsel, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action as brought by Plaintiff, including all claims asserted in the Complaint dated February 16, 2022, is and shall be dismissed with prejudice, and with each party to bear its own fees and costs.

Date: November 9, 2022

Respectfully submitted,

*/s/ Christopher S. Stake*
Kathleen A. DeLaney (#18604-49)
Christopher S. Stake (#27356-53)
DeLaney & DeLaney LLC
3646 N. Washington Blvd.
Indianapolis, IN 46204
317-920-0400
kathleen@delaneylaw.net
cstake@delaeylaw.net

*Counsel for Plaintiff Kimberly Rollings*

Respectfully submitted,

*/s/ Anneliese Wermuth*
Anneliese Wermuth
Cozen O'Connor
123 North Wacker Drive
Suite 1800
Chicago, IL 60606
312- 474-7876
awermuth@cozen.com

Michael Palmer
Barnes & Thornburg LLP
201 S. Main St., Suite 400
South Bend, IN 46601

LEGAL\60294986\1

        574-237-1135
        Michael.palmer@btlaw.com

*Counsel for Defendant University of Notre Dame du Lac*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on November 9, 2022 she electronically filed the foregoing **Stipulation of Dismissal** with the Clerk of the United States District Court for the Northern District of Indiana using the ECF system, which will send notification of such filing to the following counsel of record:

>Kathleen A. DeLaney (#18604-49)
>Christopher S. Stake (#27356-53)
>DeLaney & DeLaney LLC
>3646 N. Washington Blvd.
>Indianapolis, IN 46204
>317-920-0400
>kathleen@delaneylaw.net
>cstake@delaneylaw.net
>
>Michael Palmer
>Barnes & Thornburg LLP
>201 S. Main St., Suite 400
>South Bend, IN 46601
>574-237-1135
>Michael.palmer@btlaw.com