# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

KIMBERLY ROLLINGS

    Plaintiff

v.

                                                                            Civil Action No.  3:22-cv-125

UNIVERSITY OF NOTRE DAME DU LAC

    Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff_____
recover from the defendant _____ the amount of_____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-
Judgment interest at the rate of _____ % along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____
recover costs from the plaintiff _____.

_X_ Other:  This case is DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Judge Robert L Miller Jr., on Stipulation of Dismissal.

DATE: 11/10/2022                         GARY T. BELL, CLERK OF COURT

                                                    by   s/A. Highlen_____
                                                    *Signature of Clerk or Deputy Clerk*